Carlos F. Llinas Negret (SBN 52253)
**NELSON & FRAENKEL LLP**
601 S. Figueroa St., Ste. 2050
Los Angeles, CA 90017
Tel: (844) 622-6469 / Fax: (213) 622-6019
Email: cllinas@nflawfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IRENE ZHANG, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, et al.,<br><br>Defendant. | Case 2:21-cv-00249-RAJ<br><br>Hon. Richard A. Jones<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, through undersigned counsel, and Defendant The Boeing Company ("Boeing"), by and through its attorneys of record, and for the Stipulation of Dismissal Without Prejudice, state as follows:

    1.    Plaintiffs were passengers on a Boeing 777-300 aircraft operated as Air China Flight 983 ("the aircraft") en route from Beijing, China to Los Angeles, California on March 4, 2019 (the "subject flight") and who are claiming injuries sustained during an emergency landing of the subject aircraft in Anadyr, Russia.

    2.    During the subject flight, the crew of the subject aircraft claimed to have received a cargo smoke indication and, as a result, diverted to Anadyr Airport, Russia and performed an emergency landing and disembarkation during which Plaintiffs allege to have sustained injuries (the "Incident"). The alleged aft cargo smoke indication was claimed to be a false alarm.

3. On February 26, 2021, Plaintiffs filed the instant action, seeking damages against Defendant The Boeing Company ("Boeing"), the manufacturer of the aircraft, for its liability premised upon negligence, strict liability and breach of warranty theories. Plaintiff also included claims against "DOE" defendants whose identities were not known by Plaintiffs at the time of filing the complaint ("Instant Action").

4. To preserve their rights under applicable statutes of limitation, Plaintiffs also filed identical claims in other venues, including on March 1, 2021, in the Superior Court of Washington, King County, as Case No. 21-2-02718-7 SEA ("Superior Court Action"). On May 20, 2021, Defendant Boeing filed a Notice of Removal of the Superior Court Action to the Western District of Washington, *Zhang v. The Boeing Company*, Case 2:21-cv-00666-RSM.

5. After meeting and conferring, all parties who have appeared, consisting of Plaintiffs and Defendant Boeing, have agreed to proceed with the claims in *Zhang v. The Boeing Company*, Case 2:21-cv-00666-RSM. Nothing in the dismissal herein shall impact or have any effect whatsoever on the litigation in *Zhang v. The Boeing Company*, Case 2:21-cv-00666-RSM.

6. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to a dismissal of the Instant Action without prejudice.

Respectfully submitted,

Dated: August 6, 2021

Respectfully Submitted,

NELSON & FRAENKEL, LLP

*/s/ Carlos F. Llinás Negret*

Attorneys for Plaintiffs


Dated: August 6, 2021

PERKINS COIE LLP

*/s/ Jeffery Shane Clackley*
Attorneys for Defendant,
The Boeing Company